Yitzchak Zelman, Esq., (Admitted Pro Hac Vice)
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel:  (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BEGG, on behalf of himself and all others similarly situated, <br><br> Plaintiff <br><br> -against- <br><br> CAPITOL CASINO, <br><br> Defendant | C.A. No.: 4:20-cv-04249-PJH <br><br><br> **DISMISSAL ORDER** |

**IT IS HEREBY ORDERED:**

　　THAT pursuant to the parties' August 31, 2020 Notice of Voluntary Dismissal, all claims asserted against Defendant in Civil Action No: **4:20-cv-04249-PJH**, are dismissed with prejudice; and

　　THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 31st day of August, 2020.**

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE